```
Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277
```

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| VALDEMAR GARCIA | ) Chapter 13 <br> ) <br> ) Case No.: 8:09-bk-22783-RK <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3010)** <br> ) <br> ) <br> ) <br> ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301170** in the sum of **$ 15.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule . The name and address of the party entitled to said unclaimed dividend is as follows:

```
ORANGE COUNTY TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA 92702
```

Date: September 19, 2011            /S/_____
                                    Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0922783 | VALDEMAR GARCIA<br>ACCT: 255-022-09.00 | Claim: 00012 | XXX-XX-9464 | 15.00 | 0.00 | 15.00 |
| | | **TOTALS** | | **15.00** | **0.00** | **15.00** |

VALDEMAR GARCIA

BALANCE:     1,976.52     [0.00  27/00012]
SSN: XXX-XX-9464     SSN:
ACCT: 255-022-09.00          CASE: 0922783
PRINCIPAL:     15.00     INTEREST:     0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

**0301170**

Sep 09, 2011

VOID 90 DAYS FROM DATE

********$15.00

PAY    Fifteen And 00 / 100 Dollars

TO THE
ORDER OF    *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301170⑈ ⑆061100790⑆ 000000575186 2⑈